# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| Tamika Jackson,<br><br>  Plaintiff<br><br>vs.<br><br>The Raymond Corporation and Toyota Material Handling, Inc.<br><br>  Defendants. | Civil Action No.: 1:23-cv-06437-CMC<br><br>**THE RAYMOND CORPORATION AND TOYOTA MATERIAL HANDLING, INC.'S IDENTIFICATION OF EXPERT WITNESSES** |

Pursuant to Fed. R. Civ. P. 26(a)(2)(B) and this Court's Scheduling Order, Defendants The Raymond Corporation and Toyota Material Handling, Inc., by their undersigned attorneys, disclose the following experts:

1. **Michael W. Rogers, P.E.**
   Fusion Engineering
   1804 Centre Point Circle, Suite 112
   Naperville, IL 60563

Mr. Rogers' report and additional information required by Fed. R. Civ. P. 26 are being provided to all counsel of record. Fusion Engineering provides Mr. Rogers' services for this matter at $460 per hour.

2. **Kathleen Rodowicz, Ph.D., P.E.**
   Carr Engineering, Inc.
   12500 Castlebridge Drive
   Houston, Texas 77065-4532

Dr. Rodowicz's report and additional information required by Fed. R. Civ. P. 26 are being provided to all counsel of record. Carr Engineering, Inc. provides Dr. Rodowicz's services for this matter at $550 per hour.

        **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

        *s/ Brannon J. Arnold*
Brannon J. Arnold (Fed Id. 11362)
3344 Peachtree Road NE, Suite 2400
Atlanta, Georgia 30326
T: 404-832-9514
barnold@wwhgd.com

**QUARLES & BRADY LLP**
Raymond D. Jamieson (admitted *pro hac vice*)
Lillian S. Mobley (admitted *pro hac vice*)
411 E. Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
T: 414-277-5000
Raymond.jamieson@quarles.com
Lillian.mobley@quarles.com

*Attorneys for Defendants The Raymond Corporation and Toyota Material Handling, Inc.*

April 14, 2025
Atlanta, Georgia

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record herein by using the Court's electronic filing system as follows:

Chris Moore, Esq.
Richardson Thomas, LLC
383 W. Cheves Street
Florence, South Carolina 29501
chris@richardsonthomas.com

Amy L.B. Hill, Esq.
Grace M. Babcock, Esq.
Richardson Thomas, LLC
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
amy@richardsonthomas.com
grace@richardsonthomas.com

J. Christopher Pracht, V, Esq.
Pracht Injury Lawyers LLP
304 N. Church Street
Greenville, South Carolina 29601
chris@864law.com

*Counsel for Plaintiff*

This 14th day of April, 2025.

> */s/ Brannon J. Arnold, Esq.*
> Brannon J. Arnold
> South Carolina Federal ID No. 11362